## United States District Court
### Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MYQ1 | E2007956 | Callahan | 159 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 07/03/2024 1730

Offense Charged: ☒ CFR ☐ USC ☐ State Code — CFR S.3

Place of Offense: 15st NW and Constitution

Offense Description: Factual Basis for Charge — Conducting vending business    HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: Mohammed    First: ahmed

Street Address: ▮▮▮▮▮▮

| | APPEARANCE IS REQUIRED | | APPEARANCE IS OPTIONAL |
|---|---|---|---|
| A ☐ | If Box A is checked, you must appear in court. See instructions. | B ☒ | If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 85    Forfeiture Amount
+ $30    Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov

$ 115    Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:

Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E2007956*

CVB SCAN 07/12/2024 13:34

---

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

[blank lines]

The foregoing statement is based upon:

☐ my personal observation    ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/12/2024 13:34